UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HUNTER VANPELT, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-1550-AMM-JHE |
| WARDEN, | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

Petitioner Hunter VanPelt filed a *pro se* petition and supplemental petitions for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the Bureau of Prisons' ("BOP") application of First Step Act time credits to her sentence and the BOP's denial of her request for home confinement under the CARES Act. Docs. 1, 5, 6. On June 21, 2024, the magistrate judge entered a report recommending the court grant the respondent's motion for summary dismissal and dismiss this action without prejudice as moot. Doc. 20. The magistrate judge further recommended the court deny Ms. VanPelt's motion for injunctive relief, Doc. 6, as moot. Doc. 20. Although the magistrate judge advised Ms. VanPelt of her right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court finds that the respondent's motion for summary dismissal is due to be granted and this action is due to be dismissed without prejudice as moot. The court further finds that Ms. VanPelt's motion for injunctive relief, Doc. 6, is due to be denied as moot.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 23rd day of July, 2024.

_/s/ A. Manasco_
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE